JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LADARIOUS DOWNS,

Petitioner,

v.

KELLY SANTORO, Warden,

Respondent.

Case No. CV 25-3760 PA (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated:  May 12, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE